Brenda A. MEIERER, Respondent,

v.

Louis F. MEIERER, Appellant.

No. WD 46135.

Missouri Court of Appeals,
Western District.

Dec. 8, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Dec. 22, 1992.

James F. Crews, Tipton, for appellant.

Richard Duggan, Debra L. Moore, Sunrise Beach, for respondent.

Before BRECKENRIDGE, P.J., and
SHANGLER and SPINDEN, JJ.

ORDER

PER CURIAM:

Appeal from trial court's order of child support, maintenance and distribution of property.

Affirmed. Rule 84.16(b)

STATE of Missouri, Respondent,

v.

Jerry CONNER, Appellant.

Jerry CONNER, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 43924, WD 45752.

Missouri Court of Appeals,
Western District.

Dec. 15, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Dec. 22, 1992.

Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

ORDER

PER CURIAM:

Appeal from a conviction of the class C felony of tampering in the first degree, a sentence of ten years imprisonment in the Missouri Department of Corrections, and denial of his motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).